No. 74–1375. Montgomery v. Douglas et al. Affirmed on appeal from D. C. Colo. Reported below: 388 F. Supp. 1139.

*Appeals Dismissed*

No. 74–1227. Ellis et al. v. California. Appeal from App. Dept., Super. Ct. Cal., County of Santa Barbara, dismissed for want of substantial federal question.

No. 74–1467. William C. Haas & Co., Inc. v. Russian Hill Improvement Assn. et al. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question. Reported below: 44 Cal. App. 3d 158, 118 Cal. Rptr. 490.

No. 74–6469. In re District Court of the Fifth Judicial District of Montana et al. (Mitchell et ux., real parties in interest) v. Montana ex rel. LeMieux, County Attorney of Jefferson County, et al. Appeal from Sup. Ct. Mont. dismissed for want of substantial federal question. Reported below: 166 Mont. 115, 531 P. 2d 665.

No. 74–1404. Pressman v. New York et al. Appeal from D. C. E. D. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

*Vacated and Remanded on Appeal*